## IN THE SAME TERM OF

### *May*, 1791.                    (p. 257.)

### The STATE *againft* ABRAHAM PROBASCO.

*On* Habeas Corpus *of Negro* Hagar, *Wife of* Cornelius
Wilfon, *and* Cornelius, Lydia *and* Anna *their Children,
praying their Freedom, detained by the Defendant,
claiming their Service for Life.*

[Habeas Corpus returned this Term and filed.]

THE Court having fully heard the Allegations and
Proofs of all Parties, and the Arguments of Coun-
fel thereon; it appeared to the Court, that the faid Ne-
groes brought up on the faid Writ, were in the Year
1776, the Slaves of William Winds, Efq. of the County
of Morris;—That the faid William Winds, in confidera-
tion of the good Behaviour of the faid Negro Cornelius
Wilfon the Father, in the faid Year 1776, did manumit
and fet free the faid Cornelius, his Wife Hagar, and all
the faid Children—That the faid Cornelius and his Fa-
mily built a Houfe on the Lands of the faid William
Winds by his Affiftance, and with his Permiffion, and li-
ved thereon as Free Citizens for the Term of Three
Years, when the faid Cornelius Wilfon and Wife were
taken fick; on which the faid William Winds removed
them to a Houfe near his own, and took care of them till
they recovered, when he employed them and paid them

Wages for their Labor as free Perfons; That the faid
William Winds, fearing they might become a burthen
on his Eftate, urged them to obtain fecurity to indemni-
fy him from any Expence in Cafe of their becoming a
Charge—That thereupon the faid William Winds gave
to the faid Negro Cornelus Wilfon a Pafs to go into the
County of Monmouth to obtain fuch Security—That the
faid Cornelius accordingly went to the faid County of
Monmouth, and agreed with Abraham Probafco the De-
fendant, that in Confideration of his becoming Security
to the faid William Winds, he and his Family would ferve
him Five Years—That the faid Abraham Probafco in
Confequence thereof, came to the faid William Winds
and agreed with him accordingly, and in order to fecure
the faid William Winds, the faid Abraham Probafco pro-
pofed, that the faid William Winds fhould give to the faid
Abraham a Bill of Sale for the faid Negroes, and at the
end of Five Years, the faid Abraham would releafe the
faid Negroes and fet them free : That a Bill of Sale for
the Confideration of Five Shillings, without any Conditi-
on or Refervation was drawn up accordingly by the faid
Abraham, and executed by the faid William, and a Re-
ceipt given by the faid Abraham to the faid William
therefor, calling it a Deed of Gift—That at the Execu-
tion of the faid Inftrument or Bill of Sale, the faid Wil-
liam Winds mentioned his Fear leaft the faid Abraham
fhould claim the faid Negroes as Slaves by virtue of the
faid Bill of Sale, when he and the Witneffes fhould be
dead, and declared that altho' he could get Two Hun-
dred Pounds for the faid Negroes, yet he had given the
faid Bill of Sale for Five Shillings in order that they
might be free—That the faid Negroes have faithfully
ferved the faid Abraham for more than Six Years under
the faid Agreement, and are ftill detained by the faid A-
braham who claims their Service for Life by Virtue of
the faid Bill of Sale.

The Court therefore having maturely confidered the
Premifes, *are unanimoufly of Opinion*, That the faid Ne-
groes and every of them, be difcharged from the Cufto-
dy of the faid Abraham Probafco as free Citizens, and
they are hereby difcharged accordingly, on Motion of
Mr. Attorney-General, Bloomfield.

*The Attorney General, and R. Stockton for the Negroes.*
*Kirkpatrick for Defendant.*